## 6

Elijah THOMAS v. STATE. (No. 11769.) Court of Criminal Appeals of Texas. March 28, 1928. Appeal from District Court, Walker County; Carl T. Harper, Judge. M. E. Gates, of Huntsville, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary. The record is here without any bills of exception or statement of facts. The indictment correctly charges the offense, and is followed by the charge of the court and judg-

ment and sentence. No error appearing, the judgment will be affirmed.